# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:24-mj-1937-LHP

JAMES BERNARD GROVER

AUSA: Adam Nate

Defense Attorney: Robert Zlatkin, Retained Counsel

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **September 11, 2024**<br>10:17-11:21<br>1 hour/4 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL: | Sonya Williams |

### CLERK'S MINUTES
### DETENTION HEARING

Case called; appearances taken; procedural setting by the Court.
Counsel for the Government proffered.
Counsel for the Defendant proffered.
Counsel for the Government presented argument.
Counsel for the Defendant presented argument.
Court granted the motion for detention.
Order of Detention entered.